IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EVELYN ORTIZ, as Personal
Representative of the Estate of
RAFAEL I. ORTIZ-PAGAN,

    Plaintiff,

vs.                                      CASE NO.: 1:06cv255-SPM/AK

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER EXTENDING TIME TO FILE PRETRIAL MATERIALS

Upon consideration, the Stipulated Motion to Extend the Time To Comply with the Order Setting Pre-Trial Conference (doc. 40) is granted. The parties shall have up to and including January 9, 2008, to file their pretrial materials

SO ORDERED this 7th day of January, 2008.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge