IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EVELYN ORTIZ, as Personal
Representative of the Estate of
RAFAEL I. ORTIZ-PAGAN,

    Plaintiff,

vs.                                                      CASE NO.: 1:06cv255-SPM/AK

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER EXTENDING TIME TO FILE PRETRIAL ORDER

Upon consideration, Plaintiff's motion for extension of time (doc. 51) to file the pretrial order is granted. The parties shall have up to and including January 25, 2008, to file a proposed pretrial order.

SO ORDERED this 25th day of January, 2008.

                              *s/ Stephan P. Mickle*

                              Stephan P. Mickle
                              United States District Judge