IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EVELYN ORTIZ, as Personal
Representative of the Estate of
RAFAEL I. ORTIZ-PAGAN,

       Plaintiff,

vs.                                    CASE NO.: 1:06cv255-SPM/AK

UNITED STATES OF AMERICA,

       Defendant.
_____/

## ORDER ADOPTING PROPOSED PRETRIAL ORDER

Upon consideration of the parties' Proposed Pre-Trial Order (doc. 53), it is

ORDERED AND ADJUDGED that the Proposed Pre-Trial Order (doc. 53)

is adopted with the following change.  Instead of reporting to chambers as stated

in paragraph 1 of the Proposed Pre-Trial Order, counsel and the parties shall

report to the courtroom at 8:30 a.m. on February 25, 2008.

DONE AND ORDERED this 5th day of February, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge