IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EVELYN ORTIZ, as Personal
Representative of the Estate of
RAFAEL I. ORTIZ-PAGAN,

    Plaintiff,

vs.                              CASE NO.: 1:06cv255-SPM/AK

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER GRANTING LEAVE TO AMEND COMPLAINT

Upon consideration of the Stipulation to Amend Plaintiff's Complaint (doc. 56) to clarify that Rafael I. Oritz-Pagan was survived by a wife and two minor children, it is

ORDERED AND ADJUDGED:

1.    The Court grants Plaintiff leave to amend the complaint.

2.    The First Amended Complaint (doc. 57) is accepted as filed.

DONE AND ORDERED this 8th day of February, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge